Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 4, 1953; rehearing denied April 6, 1953; released for publication April 6, 1953.

## Estelle Noble, Appellant, v. Walter Noble, Appellee.
### Gen. No. 45,862.

Gariepy and Gariepy, for appellant; Fred A. Gariepy, of counsel; Ferlic & Gannon, for appellee; Frank J. Ferlic, and Joseph D. Gannon, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed March 9, 1953; released for publication April 6, 1953.

## Weightstill Woods, Appellant, v. Memorial Estates, Incorporated, Appellee.
### Gen. No. 45,878.